# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

## APPEARANCE

2005 MAR 30 P 12: 23

CASE NUMBER: 3:03CR250(JBA)
3:03CR251(CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Xiomara Henao

___3/30/05___
**Date**

Signature: _Tina Sypek D'Amato_

___26252___
**Connecticut Federal Bar Number**

Print Clearly or Type Name: _Tina Sypek D'Amato_

___(203) 336-2626___
**Telephone Number**

Address: _135 Elm Street_

___(203) 335-0607___
**Fax Number**

_Bridgeport, CT 06604_

___tinasypekdamato law @ yahoo.com___
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Michael Stanton Hillis
129 Whitney Ave
New Haven, CT

In-Hand to
AUSA Mark Rubino

Signature: _Tina Sypek D'Amato_

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001