IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF CONNECTICUT

```
------------------------------------------------x
                                                :
UNITED STATES OF AMERICA         :    3:03 CR 250 (JBA)
                                 :    3:03 CR 251 (JBA)
v.                               :
                                 :
XIOMARA HENAO                    :    DATE: MARCH 30, 2005
                                 :
------------------------------------------------x
```

ORDER OF DETENTION

     By agreement of counsel, the Government's motion for pretrial detention may be <u>granted, without prejudice</u> to defendant filing a motion for reconsideration, after consultation with the United States Probation Office regarding an appropriate bond package.

     Dated at New Haven, Connecticut, this 30th day of March, 2005.

_____/s/_____
Joan G. Margolis
U.S. Magistrate Judge