UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | No.  3:03CR250(JBA) |
| : | |
| XIOMARA HENAO : | |

### GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America respectfully moves the Court to dismiss the Indictment in this case against defendant Xiomara Henao.

                                            Respectfully submitted,

                                            KEVIN J. O'CONNOR
                                            UNITED STATES ATTORNEY

                                                  /s/
                                            MARK D. RUBINO
                                            ASSISTANT U.S. ATTORNEY
                                            P.O. Box 1824
                                            157 Church Street
                                            New Haven, CT 06510
                                            (203) 821-3732
                                            FEDERAL BAR # ct03496

CERTIFICATE OF SERVICE

      This is to certify that a copy of the within and foregoing was mailed, postage pre-paid, this 16th day of June 2005 to:

Tina D'Amato, Esq.
135 Elm Street
Bridgeport, CT 06604

                                   /s/
                              MARK D. RUBINO
                              ASSISTANT U.S. ATTORNEY